**A CERTIFIED TRUE COPY**

SEP 2 6 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio

By: Jennifer Swolenski
Deputy Clerk

DOCKET NO. 1742

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 8 2006

FILED
CLERK'S OFFICE

8:06CV452

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-19)

On March 1, 2006, the Panel transferred 12 civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 422 F.Supp.2d 1379 (J.P.M.L. 2006). Since that time, 184 additional actions have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable David A. Katz.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Katz.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of March 1, 2006, and, with the consent of that court, assigned to the Honorable David A. Katz.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

**RECEIVED**

Inasmuch as no objection is pending at this time, the stay is lifted.

SEP 2 6 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

OCT 1 0 2006

CLERK
U.S. DISTRICT COURT
OMAHA

53

# SCHEDULE CTO-19 - TAG-ALONG ACTIONS
## DOCKET NO. 1742
## IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **IOWA NORTHERN** | |
| IAN 1  06-85 | Lindsay Harris v. Johnson & Johnson, et al. |
| **IOWA SOUTHERN** | |
| IAS 1  06-18 | Tamara Beck v. Johnson & Johnson, et al. |
| IAS 3  06-71 | Stephanie Haaf v. Johnson & Johnson, et al. |
| **LOUISIANA MIDDLE** | |
| LAM 3  06-573 | Hope Dunaway v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| **MICHIGAN WESTERN** | |
| MIW 1  06-535 | Amanda Lynn Duncan v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| **NEBRASKA** | |
| NE  8  06-452 | Crystal Watson v. Johnson & Johnson, et al. |
| NE  8  06-453 | Cheryl Gray v. Johnson & Johnson, et al. |
| **NEW JERSEY** | |
| NJ  2  06-3331 | Evdokia Smith v. Johnson & Johnson, et al. |
| NJ  2  06-3336 | Zanna Forbes v. Johnson & Johnson, et al. |
| NJ  2  06-3370 | Annette Valdez v. Johnson & Johnson, et al. |
| NJ  2  06-3374 | Angela Thomason v. Johnson & Johnson, et al. |
| NJ  2  06-3426 | Deborah M. Dawson v. Johnson & Johnson, et al. |
| NJ  2  06-3487 | Lisa Thompson v. Johnson & Johnson, et al. |
| NJ  2  06-3488 | Samantha Kaye Braden, et al. v. Johnson & Johnson, et al. |
| NJ  2  06-3489 | Teronda McNeil-Hueitt, et al. v. Johnson & Johnson, et al. |
| **NEW YORK EASTERN** | |
| NYE 1  06-3732 | Dina Rucker v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| **NEW YORK WESTERN** | |
| NYW 1  06-536 | Doris M. Edwards v. Johnson & Johnson, et al. |
| **OHIO SOUTHERN** | |
| OHS 1  06-496 | Robert Douglas Rosfeld, etc. v. Johnson & Johnson, et al. |
| **SOUTH CAROLINA** | |
| SC  2  06-2186 | Pamela Tisdale v. Johnson & Johnson, et al. |
| **TENNESSEE EASTERN** | |
| TNE 3  06-272 | Christy Womble v. Johnson & Johnson, et al. |